UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV-189-H

MARY L. HALL and EUGENE HALL                                                                    PLAINTIFFS

V.

SPENCER COUNTY, KENTUCKY, et al.                                                             DEFENDANTS

**MEMORANDUM AND ORDER**

      Plaintiffs have moved for leave to file a First Amended Complaint which primarily adds a claim for retaliation arising from the filing of the original complaint. Defendants have objected on numerous grounds.

      The amended complaint does allow new counsel to "recast and clarify" the original claims. Adding the new retaliation claim could result in additional discovery and will probably force continuation of the scheduled trial date. On balance, however, the Court concludes that the amendments will promote more efficient resolution of related claims. Moreover, at first blush, it does not appear that the statute of limitations bars the new claims, thus the amended complaint is not facially futile. The Court will allow the amendment and deal with more substantive objections to the claims at a later time.

      Being otherwise sufficiently advised,

      IT IS HEREBY ORDERED that Plaintiffs' motion for leave to file the First Amended Complaint is SUSTAINED and the First Amended Complaint is ORDERED FILED.

cc:     Counsel of Record